UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HASYCHAK, ROBERT M. HART, DANIEL F. BRADLEY, DAN BINGHAM, PAUL SCOLINO, KEN SOOHOO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC H. HOLDER, JR., ATTORNEY GENERAL, DEPARTMENT OF JUSTICE<br><br>    Defendant. | Civ. Action No. 1:11-cv-2135 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Addy Schmitt, Assistant U.S. Attorney, as counsel of record for the Defendant in the above-captioned case.

    Respectfully submitted,

    __/s/_____
    ADDY SCHMITT
    D.C. Bar #489094
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 616-0739 (direct)
    (202) 514-8780 (fax)
    addy.schmitt@usdoj.gov